AO 72A
(Rev. 8/82)

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 19 PM 1: 16

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JOE CURTIS HARRIS, | :  |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: CV507-016 |
| FNU CLAASEN, Counselor, | : |
| Defendant. | : |

## ORDER

Plaintiff has moved this Court for voluntary dismissal of the captioned action.

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff's Motion to Dismiss is hereby **GRANTED**. Plaintiff's case is **DISMISSED**, without prejudice.

SO ORDERED, this 19th day of April, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA